UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| TRACY OWENS, | CIVIL ACTION NO. 3:12-cv-313 |
| Plaintiff, | JUDGE WALTER HERBERT RICE |
| VERSUS | |
| DOLGENCORP, LLC D/B/A DOLLAR GENERAL AND JASON OLBERDING, | |
| Defendants. | |

## ORDER

Considering the foregoing Joint Motion to Upset Scheduling Order and Stay Discovery, and finding that good cause exists for granting same;

IT IS HEREBY ORDERED that the January 4, 2013 Scheduling Order is hereby upset, that all deadlines in this matter are continued without date, and that discovery is stayed pending a resolution of Defendants' Motion for Judgment on the Pleadings.

IT IS FURTHER ORDERED that Plaintiff shall file a responsive brief to Defendants' Motion for Judgment on the Pleadings no later than June 13, 2013.

Thus done and signed this 10 day of June 2013 at Dayton, Ohio.

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE WALTER HERBERT
RICE